KESSEL BRENT CORPORATION et al., Appellants, v BENDERSON PROPERTY DEVELOPMENT, INC., Respondent.

Submitted December 17, 2007; decided February 7, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.